FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
FEB - 7 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID VELOR HERRERA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DOMINGO URIBE, JR.,<br><br>　　　　Respondent. | Case No. CV 12-04470 AN<br><br>JUDGMENT |

　　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order.

Dated: February 7, 2013

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ARTHUR NAKAZATO
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
FEB - 7 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY